## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-7219-DOC | Date | October 3, 2008 |
|---|---|---|---|
| Title | George Tremayne Bargeman v. John Marshall, Warden | | |

| Present: The Honorable | RITA COYNE FEDERMAN | | |
|---|---|---|---|
| Barbara Hall | not recorded | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**   **IN CHAMBERS ORDER**

On September 9, 2008, the Court issued a Report and Recommendation in this matter. On October 1, 2008, Petitioner filed objections to the Report and Recommendation. Petitioner explains that he did not receive Respondent's Motion to Dismiss, and thus was not afforded a fair opportunity to oppose the motion. Petitioner seeks an order granting him an opportunity to oppose the motion by deeming the objections to constitute his opposition to the motion.

The Notice of Electronic Filing generated with the filing of Respondent's Motion to Dismiss clearly shows that Petitioner's counsel properly was served by electronic mail with Respondent's Motion to Dismiss. Nonetheless, the Court will **grant** Petitioner's request to deem his objections as his opposition to Respondent's Motion to Dismiss. The Report and Recommendation issued September 9, 2008, is **withdrawn.** The Motion to Dismiss stands submitted.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | BH |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7219-DOC | Date | October 3, 2008 |
|---|---|---|---|
| Title | George Tremayne Bargeman v. John Marshall, Warden | | |