UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GEORGE TREMAYNE BARGEMAN,  )
        Petitioner,  )  No. CV 07-7219-DOC (RCF)
        v.  )  JUDGMENT
JOHN MARSHALL, Warden,  )
        Respondent.  )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED: December 11, 2008

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE